IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR244 |
| vs. | ) | |
| BRIAN I. GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [29]. Counsel needs additional time review the discovery material and, further, to confer about issues that may influence Defendant's decision to proceed to trial or, alternatively, to attempt to resolve the matter through a negotiated settlement.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [29] is granted, as follows:

1. The jury trial now set for February 12, 2024, is continued to **May 20, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 20, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  February 6, 2024.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**